1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10

ROBERT JONES,

11

Plaintiff,

12

vs.

13

LINDA FOX, et al.,

14

Defendants.

15

Case No.  3:21-cv-00129-ART-CSD

**ORDER APPROVING STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

16

17

18

19

20

IT IS HEREBY STIPULATED and agreed by and between Plaintiff Robert Jones, *pro se*, and Defendants Linda Fox and Martin Naughton, M.D., by and through counsel, Nevada Attorney General, Aaron D. Ford, and Deputy Attorney General, John C. Dorame, that pursuant to Federal Rule of Civil Procedure 41(a)(1), that this action should be dismissed in its entirety with prejudice by order of this Court.

21

/ / /

22

/ / /

23

/ / /

24

/ / /

25

/ / /

26

/ / /

27

/ / /

28

/ / /

1

1         This Stipulation for Dismissal with Prejudice is executed as part of an out-of-

2   court settlement between the parties.  Pursuant to the terms of the parties' settlement

3   agreement, each party hereto shall bear its own attorney's fees and costs.

4   DATED this _17_ day of May, 2022.          DATED this 17th day of May, 2022.

5                                         AARON D. FORD

6                                         Attorney General

7

8   By: _____    By: ___/s/ John_C. Dorame_____

9       ROBERT JONES (#60418)            John C. DORAME
    *Plaintiff, Pro Se*                  Deputy Attorney General

10                                        *Attorneys for Defendants*

11

12                                APPROVED.

13

14                                DATED: July 11, 2022

15

16                                _____

17                                Anne R. Traum
                              United States District Judge

18

19

20

21

22

23

24

25

26

27

28